# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| MIMEDX GROUP, INC., | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Case No. _____ |
| | ) | |
| SURGENEX, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## SURGENEX, LLC'S MOTION TO COMPEL COMPLIANCE WITH DOCUMENT AND DEPOSITION SUBPOENAS

Pursuant to Federal Rule of Civil Procedure 45 and the N.D. Ga. Civ. Local R. 7.1 and 37.1, Surgenex, LLC ("Surgenex") respectfully moves the Court for an order compelling Vivex Biologics, Inc. f/k/a Vivex Biomedical, Inc. to comply with the now-narrowed document and deposition subpoenas that Surgenex served on February 20, 2026.  Pursuant to Local Rule 7.1, a memorandum of law in support of the motion is contemporaneously filed herewith.

Dated: March 18, 2026

Respectfully submitted,

*/s/ Ryan C. Burke*
Ryan Burke
Husch Blackwell L.L.P.
550 Lenox Rd. NE, Suite 2100
Atlanta, GA 30326
Telephone: (404) 850-5317
Email: ryan.burke@huschblackwell.com

Hugham Chan (*pro hac vice* forthcoming)

Rothwell, Figg, Ernst & Manbeck, P.C.
901 New York Ave., Suite 900 East
Washington, DC 20001
Telephone: (771) 717-9806
Facsimile: (202) 783-6031
Email: hchan@rfem.com

*Attorneys for Surgenex, LLC*

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2026, I caused a copy of the foregoing

**SURGENEX, LLC'S MOTION TO COMPEL COMPLIANCE WITH DOCUMENT AND DEPOSITION SUBPOENAS** to be filed with the Clerk of the Court and emailed a copy of the filing to counsel for Vivex:

Reinaldo Pascual
Co-President and Chief Legal Officer
Vivex Biologics Group, Inc.
3200 Windy Hill Road, Suite 1650W
Atlanta, GA 30339
Telephone: (404) 401-9731
Email: Rey@Vivex.com

/s/ *Ryan C. Burke*
Ryan Burke
Husch Blackwell L.L.P.
550 Lenox Rd. NE, Suite 2100
Atlanta, GA 30326
Telephone: (404) 850-5317
Email: ryan.burke@huschblackwell.com

*Attorney for Surgenex, LLC*

3